# Exhibit A

STATE OF NEW YORK  :  DEPARTMENT OF HEALTH

----------------------------------------------------------------------------------

IN THE MATTER

OF

MARY T. BASSETT, M.D., M.P.H., as Commissioner of Health
of the State of New York, to determine the action to be taken with
respect to:

                                                      NOTICE

     DYGERT ROAD SCHOOL                     OF
     Dygert Road
     Palatine Bridge, New York 13428       HEARING

Respondent,

arising out of alleged violations of Article 21 of the Public Health
Law of the State of New York and Title 10 (Health) of the Official
Compilation of Codes, Rules and Regulations of the State of
New York ("NYCRR").

----------------------------------------------------------------------------------

TO:   Principal
      Dygert Road School
      Dygert Road
      Palatine Bridge, New York 13428

**_PLEASE TAKE NOTICE_** that a hearing will be held before an Administrative Law

Judge on the following dates, time and place:

               DATES:    May 2, 2022

               TIME:     12:00 P.M.

               PLACE:    Remote, via WebEx Videoconference, or in-person at:
                               Montgomery County Annex Building, Rm. 214
                               20 Park Street
                               Fonda, New York 12068

The hearing will relate to alleged violations of Article 21, Title 6, of the New York State Public Health Law ("PHL"), and Part 66 of Title 10 of the Official Compilation of Codes, Rules and Regulations of the State of New York ("NYCRR") as set forth in the Statement of Charges which is attached to and made a part of this document.

The hearing will be held in accordance with PHL § 12-a, Article 3 of the State Administrative Procedure Act ("SAPA") and 10 NYCRR Part 51.  A stenographic record of all proceedings will be made and witnesses will be sworn and examined.  The Respondent may appear in person or by an attorney, testify, present documentary evidence, produce witnesses, cross-examine adverse witnesses, examine such evidence as may be produced and request the issuance of subpoenas.  The burden of proof at the hearing will be on the Department.

If the Respondent does not appear at the hearing, either in person or by an attorney, the hearing may proceed.  At the conclusion of the hearing, the Administrative Law Judge will prepare a report, including findings of fact, conclusions, and recommendations, based on evidence presented at the hearing.  After receipt of the report of the Administrative Law Judge, the Commissioner will make a final determination whether to sustain the charges alleged; whether a civil penalty, not to exceed Two Thousand Dollars ($2,000) per violation, should be assessed against the Respondent pursuant to PHL §§ 12 and 206; and whether such other action should also be taken as may be authorized by the Public Health Law.

Pursuant to 10 NYCRR 51.5, an answer to the charges may be served on the Department no later than three (3) days before the initial hearing date.  An answer is

required if affirmative defenses are to be raised at the hearing.  The answer may be sent to the Division of Legal Affairs, New York State Department of Health, Corning Tower, Room 2412, Empire State Plaza, Albany, New York 12237-0029, to the attention of the Department's assigned attorney whose name and telephone number appear below.

Pursuant to SAPA § 301(6), if any party or witness to this proceeding is a deaf person, the Department, upon reasonable notice, will provide at no charge a qualified interpreter of the deaf to interpret the proceedings to and the testimony of any deaf person.

If the Respondent does not speak English or has difficulty understanding English, the Respondent may request an interpreter to assist them at the hearing by contacting the Administrative Law Judge assigned to their case.  The Respondent must request an interpreter before their hearing.

Any request for adjournment of the hearing must be made in writing to the Supervising Administrative Law Judge, Bureau of Adjudication, New York State Department of Health, Riverview Center, 150 Broadway, Suite 510, Albany, New York, 12204.  Notice of any adjournment request must also be provided to the Department's assigned attorney whose name and telephone number appear below.  SCHEDULED HEARING DATES ARE CONSIDERED DATES CERTAIN AND WILL NOT BE ADJOURNED WITHOUT A COMPELLING REASON.

DATED:  Albany, New York                MARY T. BASSETT, M.D., M.P.H.
        March 7, 2022                   Commissioner of Health


                            BY: _____
                                Susan G. Cartier, Esq.
                                Acting Deputy General Counsel
                                Division of Legal Affairs
                                Tower Building, Room 2438
                                Empire State Plaza
                                Albany, New York 12237
                                (518) 474-7553
                                susan.cartier@health.ny.gov


**Inquiries to:**
Vanessa Murphy, Senior Attorney
New York State Department of Health
Bureau of Administrative Hearings
Corning Tower Building, Room 2412
Empire State Plaza
Albany, New York 12237-0029
518-473-1707
vanessa.murphy@health.ny.gov

4

STATE OF NEW YORK  :  DEPARTMENT OF HEALTH
--------------------------------------------------------------------------------

IN THE MATTER

OF

MARY T. BASSETT, M.D., M.P.H., as Commissioner of Health
of the State of New York, to determine the action to be taken with
respect to:

                          STATEMENT

      DYGERT ROAD SCHOOL                OF
      Dygert Road
      Palatine Bridge, New York 13428     CHARGES

Respondent,

arising out of alleged violations of Article 21 of the Public Health
Law of the State of New York and Title 10 (Health) of the Official
Compilation of Codes, Rules and Regulations of the State of
New York ("NYCRR").

--------------------------------------------------------------------------------

The Commissioner of Health of the State of New York, upon information and

belief, charges and alleges that:

<u>CHARGE 1</u>

The Respondent violated PHL § 2164(7)(a), 10 NYCRR 66-1.3, and 10 NYCRR

66-1.4 by admitting 26 students (identified in the Appendix to this Statement of

Charges) and continuing to let such students attend school in excess of fourteen (14)

days from the initial date of such students' attendance during the 2021-2022 school

year without having on file: (1) a certificate of immunization against the diseases set

forth in PHL § 2164, demonstrating administration of immunizations in accordance with

the schedule for immunizations set forth in 10 NYCRR 66-1.1(f); and/or (2)

documentation that the student is  immune from disease to the extent permitted by 10

NYCRR 66-1.1(g); and/or (3) a signed medical exemption form approved by the

Department and completed by a licensed physician or certified nurse practitioner in

accordance with requirements set forth in 10 NYCRR 66-1.3, which must include

information sufficient to identify a medical contraindication to a specific immunization

and the length of time such immunization is medically contraindicated.


DATED:  Albany, New York            MARY T. BASSETT, M.D., M.P.H.
          March 7, 2022              Commissioner of Health


BY:  _____
        Susan G. Cartier, Esq.
        Acting Deputy General Counsel
        Division of Legal Affairs
        Tower Building, Room 2438
        Empire State Plaza
        Albany, New York 12237
        (518) 474-7553
        susan.cartier@health.ny.gov

STATEMENT OF CHARGES
APPENDIX

1.  E█ █. (DOB: ███ /2011)
2.  A█ █. (DOB: ███ /2008)
3.  M█ █. (DOB: ███ /2009)
4.  D█ █. (DOB: ███ /2012)
5.  L█ █. (DOB: ███ /2012)
6.  E█ █. (DOB: ███ /2011)
7.  S█ █. (DOB: ███ /2011)
8.  A█ █. (DOB: ███ /2011)
9.  D█ █. (DOB: ███ /2010)
10. A█ █. (DOB: ███ /2009)
11. R█ █. (DOB: ███ /2010)
12. L█ █. (DOB: ███ /2009)
13. C█ █. (DOB: ███ /2009)
14. J█ █. (DOB: ███ /2009)
15. A█ █. (DOB: ███ /2007)
16. A█ █. (DOB: ███ /2008)
17. R█ █. (DOB: ███ /2013)
18. J█ █. (DOB: ███ /2014)
19. K█ █. (DOB: ███ /2014)
20. J█ █. (DOB: ███ /2013)
21. N█ █. (DOB: ███ /2015)
22. E█ █. (DOB: ███ /2015)
23. S█ █. (DOB: ███ /2015)
24. H█ █. (DOB: ███ /2012)
25. N█ █. (DOB: ███ /2012)
26. E█ █. (DOB: ███ /2015)

STATE OF NEW YORK  :  DEPARTMENT OF HEALTH
---------------------------------------------------------------------------------

IN THE MATTER

OF

MARY T. BASSETT, M.D., M.P.H., as Commissioner of Health
of the State of New York, to determine the action to be taken with
respect to:

                                                   NOTICE

SHADY LANE SCHOOL                OF
Stone Arabia Road
Fort Plain, New York 13339        HEARING

Respondent,

arising out of alleged violations of Article 21 of the Public Health
Law of the State of New York and Title 10 (Health) of the Official
Compilation of Codes, Rules and Regulations of the State of
New York ("NYCRR").

---------------------------------------------------------------------------------

TO:    Principal
        Shady Lane School
        Stone Arabia Road
        Fort Plain, New York 13339

**_PLEASE TAKE NOTICE_** that a hearing will be held before an Administrative Law

Judge on the following dates, time and place:

              DATES:    May 2, 2022

              TIME:     3:00 P.M.

              PLACE:    Remote, via WebEx Videoconference, or in-person at:
                                Montgomery County Annex Building, Rm. 214
                                20 Park Street
                                Fonda, New York 12068

The hearing will relate to alleged violations of Article 21, Title 6, of the New York State Public Health Law ("PHL"), and Part 66 of Title 10 of the Official Compilation of Codes, Rules and Regulations of the State of New York ("NYCRR") as set forth in the Statement of Charges which is attached to and made a part of this document.

The hearing will be held in accordance with PHL § 12-a, Article 3 of the State Administrative Procedure Act ("SAPA") and 10 NYCRR Part 51. A stenographic record of all proceedings will be made and witnesses will be sworn and examined. The Respondent may appear in person or by an attorney, testify, present documentary evidence, produce witnesses, cross-examine adverse witnesses, examine such evidence as may be produced and request the issuance of subpoenas. The burden of proof at the hearing will be on the Department.

If the Respondent does not appear at the hearing, either in person or by an attorney, the hearing may proceed. At the conclusion of the hearing, the Administrative Law Judge will prepare a report, including findings of fact, conclusions, and recommendations, based on evidence presented at the hearing. After receipt of the report of the Administrative Law Judge, the Commissioner will make a final determination whether to sustain the charges alleged; whether a civil penalty, not to exceed Two Thousand Dollars ($2,000) per violation, should be assessed against the Respondent pursuant to PHL §§ 12 and 206; and whether such other action should also be taken as may be authorized by the Public Health Law.

Pursuant to 10 NYCRR 51.5, an answer to the charges may be served on the Department no later than three (3) days before the initial hearing date. An answer is

required if affirmative defenses are to be raised at the hearing.  The answer may be sent to the Division of Legal Affairs, New York State Department of Health, Corning Tower, Room 2412, Empire State Plaza, Albany, New York 12237-0029, to the attention of the Department's assigned attorney whose name and telephone number appear below.

Pursuant to SAPA § 301(6), if any party or witness to this proceeding is a deaf person, the Department, upon reasonable notice, will provide at no charge a qualified interpreter of the deaf to interpret the proceedings to and the testimony of any deaf person.

If the Respondent does not speak English or has difficulty understanding English, the Respondent may request an interpreter to assist them at the hearing by contacting the Administrative Law Judge assigned to their case.  The Respondent must request an interpreter before their hearing.

Any request for adjournment of the hearing must be made in writing to the Supervising Administrative Law Judge, Bureau of Adjudication, New York State Department of Health, Riverview Center, 150 Broadway, Suite 510, Albany, New York, 12204.  Notice of any adjournment request must also be provided to the Department's assigned attorney whose name and telephone number appear below.  SCHEDULED HEARING DATES ARE CONSIDERED DATES CERTAIN AND WILL NOT BE ADJOURNED WITHOUT A COMPELLING REASON.

3

DATED:  Albany, New York                MARY T. BASSETT, M.D., M.P.H.
        March 7, 2022                   Commissioner of Health

                        BY:    _____
                               Susan G. Cartier, Esq.
                               Acting Deputy General Counsel
                               Division of Legal Affairs
                               Tower Building, Room 2438
                               Empire State Plaza
                               Albany, New York 12237
                               (518) 474-7553
                               susan.cartier@health.ny.gov

**Inquiries to:**
Vanessa Murphy, Senior Attorney
New York State Department of Health
Bureau of Administrative Hearings
Corning Tower Building, Room 2412
Empire State Plaza
Albany, New York 12237-0029
518-473-1707
vanessa.murphy@health.ny.gov

4

STATE OF NEW YORK  :  DEPARTMENT OF HEALTH
-----------------------------------------------------------------------------------

IN THE MATTER

OF

MARY T. BASSETT, M.D., M.P.H., as Commissioner of Health
of the State of New York, to determine the action to be taken with
respect to:

                                                          STATEMENT

SHADY LANE SCHOOL                               OF
Stone Arabia Road
Fort Plain, New York 13339                 CHARGES

Respondent,

arising out of alleged violations of Article 21 of the Public Health
Law of the State of New York and Title 10 (Health) of the Official
Compilation of Codes, Rules and Regulations of the State of
New York ("NYCRR").

-----------------------------------------------------------------------------------

The Commissioner of Health of the State of New York, upon information and

belief, charges and alleges that:

<u>CHARGE 1</u>

The Respondent violated PHL § 2164(7)(a), 10 NYCRR  66-1.3, and 10 NYCRR

66-1.4 by not keeping immunization documentation for students on file to demonstrate

that within fourteen (14) days from the initial date of attendance for the 2021-2022

school year, students of Shady Lane School had on file: (1) a certificate of immunization

against the diseases set forth in PHL § 2164, demonstrating administration of

immunizations in accordance with the schedule for immunizations set forth in 10

NYCRR 66-1.1(f); and/or (2) documentation that the student is immune from disease to

the extent permitted by 10 NYCRR 66-1.1(g); and/or (3) a signed medical exemption

form approved by the Department and completed by a licensed physician or certified nurse practitioner in accordance with requirements set forth in 10 NYCRR 66-1.3, which must include information sufficient to identify a medical contraindication to a specific immunization and the length of time such immunization is medically contraindicated.

DATED:  Albany, New York                MARY T. BASSETT, M.D., M.P.H.
        March 7, 2022                         Commissioner of Health

BY: _____
        Susan G. Cartier, Esq.
        Acting Deputy General Counsel
        Division of Legal Affairs
        Tower Building, Room 2438
        Empire State Plaza
        Albany, New York 12237
        (518) 474-7553
        susan.cartier@health.ny.gov

STATE OF NEW YORK  :  DEPARTMENT OF HEALTH
-----------------------------------------------------------------------------------

IN THE MATTER

OF

MARY T. BASSETT, M.D., M.P.H., as Commissioner of Health
of the State of New York, to determine the action to be taken with
respect to:

                NOTICE

                OF

PLEASANT VIEW SCHOOL
Buel Road
Canajoharie, New York 13317

                HEARING

Respondent,

arising out of alleged violations of Article 21 of the Public Health
Law of the State of New York and Title 10 (Health) of the Official
Compilation of Codes, Rules and Regulations of the State of
New York ("NYCRR").

-----------------------------------------------------------------------------------

TO:   Principal
      Pleasant View School
      Buel Road
      Canajoharie, New York 13317

**_PLEASE TAKE NOTICE_** that a hearing will be held before an Administrative Law

Judge on the following date, time and place:

DATES:   May 2, 2022

TIME:    1:00 P.M.

PLACE:   Remote, via WebEx Videoconference, or in-person at:
           Montgomery County Annex Building, Rm. 214
           20 Park Street
           Fonda, New York 12068

The hearing will relate to alleged violations of Article 21, Title 6, of the New York State Public Health Law ("PHL"), and Part 66 of Title 10 of the Official Compilation of Codes, Rules and Regulations of the State of New York ("NYCRR") as set forth in the Statement of Charges which is attached to and made a part of this document.

The hearing will be held in accordance with PHL § 12-a, Article 3 of the State Administrative Procedure Act ("SAPA") and 10 NYCRR Part 51. A stenographic record of all proceedings will be made and witnesses will be sworn and examined. The Respondent may appear in person or by an attorney, testify, present documentary evidence, produce witnesses, cross-examine adverse witnesses, examine such evidence as may be produced and request the issuance of subpoenas. The burden of proof at the hearing will be on the Department.

If the Respondent does not appear at the hearing, either in person or by an attorney, the hearing may proceed. At the conclusion of the hearing, the Administrative Law Judge will prepare a report, including findings of fact, conclusions, and recommendations, based on evidence presented at the hearing. After receipt of the report of the Administrative Law Judge, the Commissioner will make a final determination whether to sustain the charges alleged; whether a civil penalty, not to exceed Two Thousand Dollars ($2,000) per violation, should be assessed against the Respondent pursuant to PHL §§ 12 and 206; and whether such other action should also be taken as may be authorized by the Public Health Law.

2

Pursuant to 10 NYCRR 51.5, an answer to the charges may be served on the Department no later than three (3) days before the initial hearing date.  An answer is required if affirmative defenses are to be raised at the hearing.  The answer may be sent to the Division of Legal Affairs, New York State Department of Health, Corning Tower, Room 2412, Empire State Plaza, Albany, New York 12237-0029, to the attention of the Department's assigned attorney whose name and telephone number appear below.

Pursuant to SAPA § 301(6), if any party or witness to this proceeding is a deaf person, the Department, upon reasonable notice, will provide at no charge a qualified interpreter of the deaf to interpret the proceedings to and the testimony of any deaf person.

If the Respondent does not speak English or has difficulty understanding English, the Respondent may request an interpreter to assist them at the hearing by contacting the Administrative Law Judge assigned to their case.  The Respondent must request an interpreter before their hearing.

Any request for adjournment of the hearing must be made in writing to the Supervising Administrative Law Judge, Bureau of Adjudication, New York State Department of Health, Riverview Center, 150 Broadway, Suite 510, Albany, New York, 12204.  Notice of any adjournment request must also be provided to the Department's assigned attorney whose name and telephone number appear below.  SCHEDULED HEARING DATES ARE CONSIDERED DATES CERTAIN AND WILL NOT BE ADJOURNED WITHOUT A COMPELLING REASON.

DATED:  Albany, New York                MARY T. BASSETT, M.D., M.P.H.
           March 7, 2022                    Commissioner of Health

                                BY:  _____

                                      Susan G. Cartier, Esq.
                                      Acting Deputy General Counsel
                                      Division of Legal Affairs
                                      Tower Building, Room 2438
                                      Empire State Plaza
                                      Albany, New York 12237
                                      (518) 474-7553
                                      susan.cartier@health.ny.gov

**Inquiries to:**
Vanessa Murphy, Senior Attorney
New York State Department of Health
Bureau of Administrative Hearings
Corning Tower Building, Room 2412
Empire State Plaza
Albany, New York 12237-0029
518-473-1707
vanessa.murphy@health.ny.gov

STATE OF NEW YORK   :   DEPARTMENT OF HEALTH
--------------------------------------------------------------------------------

IN THE MATTER

OF

MARY T. BASSETT, M.D., M.P.H., as Commissioner of Health
of the State of New York, to determine the action to be taken with
respect to:

                                            STATEMENT

PLEASANT VIEW SCHOOL                         OF
Buel Road
Canajoharie, New York 13317          CHARGES

Respondent,

arising out of alleged violations of Article 21 of the Public Health
Law of the State of New York and Title 10 (Health) of the Official
Compilation of Codes, Rules and Regulations of the State of
New York ("NYCRR").

--------------------------------------------------------------------------------

The Commissioner of Health of the State of New York, upon information and

belief, charges and alleges that:

CHARGE 1

The Respondent violated PHL § 2164(7)(a), 10 NYCRR 66-1.3, and 10 NYCRR

66-1.4 by admitting 23 students (identified in the Appendix to this Statement of

Charges) and continuing to let such students attend school in excess of fourteen (14)

days from the initial date of such students' attendance during the 2021-2022 school

year without having on file: (1) a certificate of immunization against the diseases set

forth in PHL § 2164, demonstrating administration of immunizations in accordance with

the schedule for immunizations set forth in 10 NYCRR  66-1.1(f); and/or (2)

documentation that the student is immune from disease to the extent permitted by 10

NYCRR 66-1.1(g); and/or (3) a signed medical exemption form approved by the

Department and completed by a licensed physician or certified nurse practitioner in

accordance with requirements set forth in 10 NYCRR 66-1.3, which must include

information sufficient to identify a medical contraindication to a specific immunization

and the length of time such immunization is medically contraindicated.

DATED:  Albany, New York          MARY T. BASSETT, M.D., M.P.H.
        March 7, 2022             Commissioner of Health

BY:  _____
     Susan G. Cartier, Esq.
     Acting Deputy General Counsel
     Division of Legal Affairs
     Tower Building, Room 2438
     Empire State Plaza
     Albany, New York 12237
     (518) 474-7553
     susan.cartier@health.ny.gov

STATEMENT OF CHARGES
APPENDIX

1.  F█ █. (DOB: ███/2015)
2.  R█ █. (DOB: ███/2015)
3.  K█ █. (DOB: ███/2015)
4.  J█ █. (DOB: ███/2014)
5.  M█ █. (DOB: ███/2014)
6.  A█ █. (DOB: ███/2013)
7.  V█ █. (DOB: ███/2013)
8.  J█ █. (DOB: ███/2013)
9.  J█ █. (DOB: ███/2013)
10. S█ █. (DOB: ███/2012)
11. N█ █. (DOB: ███/2012)
12. B█ █. (DOB: ███/2012)
13. D█ █. (DOB: ███/2012)
14. S█ █. (DOB: ███/2012)
15. A█ █. (DOB: ███/2011)
16. S█ █. (DOB: ███/2011)
17. R█ █. (DOB: ███/2011)
18. A█ █. (DOB: ███/2010)
19. J█ █. (DOB: ███/2009)
20. I█ █. (DOB: ███/2009)
21. M█ █. (DOB: ███/2009)
22. M█ █. (DOB: ███/2008)
23. E█ █. (DOB: ███/2008)