# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| JOSEPH MILLER, individually and on behalf of his minor children attending an Amish school in Clymer and as a board member of that school; EZRA WENGERD, as representative of all Amish schools in the State of New York; JONAS SMUCKER, individually and on behalf of his minor children; DYGERT ROAD SCHOOL, PLEASANT VIEW SCHOOL a/k/a TWIN MOUNTAIN SCHOOL, SHADY LANE SCHOOL,<br><br>*Plaintiffs,*<br><br>-against-<br><br>DR. JAMES V. MCDONALD, in his official capacity as Commissioner of Health of the State of New York, and DR. BETTY A. ROSA, in her official capacity as Commissioner of Education of the State of New York,<br><br>*Defendants.* | Civil Action No. _____ |

**NOTICE OF MANUALLY FILED DOCUMENT**

Plaintiffs hereby submit notice that Exhibit B to their complaint is an MP4 file on a USB drive entitled "Recording of May 2, 2022 administrative hearing" and will be submitted to the clerk's office for manual filing.

Dated: June 2, 2023.  Respectfully submitted,
SIRI & GLIMSTAD LLP

*/s/ Elizabeth Brehm*
Aaron Siri, Esq.*
New York Bar Number: 4321790
Elizabeth A. Brehm, Esq.
New York Bar Number: 4660353
Walker D. Moller, Esq.*
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091

1

2

Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
wmoller@sirillp.com

Christopher Wiest*
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

*Attorneys for Plaintiffs*

\**Pro vac vice* application to be submitted.

2