# Exhibit C

In Reply why we are not in compliant with the NYS requirement of child hood vaccination

First of all, let us say, That we, as a peace loving Religious group, are sincerely sorry that we are causing the state a prob.. We are indeed grateful to the state of N.Y. for the many priveleges, Freedoms, & protections they have blessed us with, for many years.

As a Religous group, with our Roots here in America since the late 1600s. We your humble subjects the old order Amish & Mennonite Community Churches will hereby give you part of our confession of faith.

Our forefathers came to America for Freedom of religion in concerns of living a God Fearing life & bringing up our children in a way, to hope through salvation, an everlasting life in Eternity. To do this we need to put our full Trust in the Almighty God. Proverbs 3:5 then in verse 6 we have the sure promise that he will direct our paths. Also in Mark 8:35 For whosoever seeketh to save his life shall lose it. but whosoever loses his life for my sake and the gospels, the same shall save it. Yes our Almighty God wants us to folly put our faith & Trust in Him, which is in conflict to put our trust in vaccines. We are also commanded to not be conformed to this world, Romans 12-1-2. If we honestly obey this, then it will affect everything we do, yes even in the way we try to remain healty. Forcing us to violate our Religious beliefs will create a conflict which has no solution. A large percentage of the Amish & Mennonite familys will choose other consequences before going against our Religious convictions

2

Also since some of the vaccines are based on fetal or aborted cell lines, we believe it would be an abomination to our Creator to inject such into our bodies

We the Amish & Mennonites our wondering & question why or how was the state able to take our Religious exemptions away. based on the Constitution in the First amendment. Also we are citizens of the U.S. as written in Amendment XIV – "nor shall any state deprive any person of life LIBERTY or property"

We the Amish & Mennonites have deep convictions. Our whole way of life is based on how we understand, and interpret the bible. It is our utmost desire to live a quiet peacefull undesturbed life and obey those in authority over us. But once those laws are in conflict with what the bible Teaches then we are commanded to obey God rather then man. Acts 5:29

In Previous years we were always able with the help of God to work out our differences with the states or governments, concerning our schools churches etc.

Our Schools are church run, small 1 room parochial schools we do not accept any state aid for funding for our schools We plead with you & beg for pardon & grace with the Help of God, That you can again grant us our Freedom of Religion, for the exemption of immuzization for our Children on Religious and Ethical grounds

We love our state of N.Y. & have no desire to move out ~~~~~~~~~~~~~~~~~~~~~~~~~~~ we beleive in working together and having our children Together in a happy social life in our schools

Here are signatures of the 3 school parents

Andy U Mast
Roman R Byler
Eli C. Miller
David S Mast
Christian M Yoder
Enos R Byler
Levi O Byler
Samuel J. Byler
Jacob U. Byler
Steve C. Byler
Rudy J Kurtz
Eli M. Kuhns
Mahlon L. Byler
Harvey J Yoder

Jonas H Smucker
Aaron Miller
Ann J [illegible]
Levi Zook Jr
Amos Fisher
Elmer B Stoltzfus
Daniel Esh
Eli S. Fisher
Steve M. Auker
A F Jr
Merlin H Stauffer
Linda S Stoltzfus