UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH MILLER, individually and on behalf of his minor children attending an Amish School in Clymer and as a board member of that school; EZRA WENGERD, as a representative of all Amish schools in the State of New York; JONAS SMUCKER, individually and on behalf of his minor children; DYGERT ROAD SCHOOL, PLEASANT VIEW SCHOOL a/k/a TWIN MOUNTAIN SCHOOL; and SHADY LANE SCHOOL,

                Plaintiffs,

vs.

DR. JAMES V. MCDONALD, in his official capacity as Commissioner of Health of the State of New York, and DR. BETTY A. ROSA, in her official capacity as Commissioner of Education of the State of New York,

                Defendants.

---

23-CV-484

## NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| MOTION BY: | Defendants DR. JAMES V. MCDONALD, in his official capacity as Commissioner of Health of the State of New York, and DR. BETTY A. ROSA, in her official capacity as Commissioner of Education of the State of New York |
| RELIEF SOUGHT: | Dismissal under Fed. R. Civ. P. 12(b)(1) & (6) with prejudice |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Hon. Elizabeth A. Wolford<br>United States District Court<br>Western District of New York |

|  |  |
|---|---|
|  | 100 State Street<br>Rochester, NY 14614 |
| SUPPORTING PAPERS: | Memorandum of Law and Declarations of Debra Blog, MD, MPH and Denetra D. Roberts, Esq, with exhibits |

Pursuant to Local Rule 7(a)(1), notice is hereby given that defendants intend to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days prior to the return date of the motion unless otherwise ordered by the Court.

DATED:	July 31, 2023
	Buffalo, New York

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
BY:
/s/ *Denetra D. Roberts*
DENETRA D. ROBERTS
DANIEL R. MAGUIRE
Assistant Attorney General of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8566
Denetra.Roberts@ag.ny.gov
Daniel.Maguire@ag.ny.gov